# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK KARL JOST, | )  1:05cv01360 AWI DLB |
| | ) |
| | ) |
| Plaintiff, | )  ORDER REQUIRING PLAINTIFF TO |
| | )  SUBMIT APPLICATION TO PROCEED IN |
| v. | )  FORMA PAUPERIS OR PAY FILING FEE |
| | ) |
| UNITED STATES POST OFFICE, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff FREDERICK KARL JOST, a state prisoner proceeding pro se, filed the instant action on October 27, 2005.  Along with his complaint, he filed an application to proceed in forma pauperis.  He also attaches a certified copy of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2).  The application, however, did not contain the required certification from a prison official.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk's Office shall send Plaintiff the appropriate form for application to proceed in forma pauperis; and

2.  Within thirty (30) days of the date of service of this order, Plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350

1

1  filing fee for this action.   **Failure to comply with this order will result in a recommendation**

2  **that this action be dismissed.**

6      IT IS SO ORDERED.

7      **Dated:   April 4, 2007**                    **/s/ Dennis L. Beck**

8  9b0hie                                    UNITED STATES MAGISTRATE JUDGE

2