1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK KARL JOST, | ) | 1:05cv01360 AWI DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S REQUEST |
| | ) | FOR EXTENSION OF TIME |
| v. | ) | |
| | ) | (Document 8) |
| UNITED STATES POST OFFICE, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        Plaintiff FREDERICK KARL JOST, a state prisoner proceeding pro se, filed the instant action on October 27, 2005.  Along with his complaint, he filed an application to proceed in forma pauperis.

        On April 10, 2007, the Court ordered Plaintiff to submit a completed application to proceed in forma pauperis.  On April 19, 2007, Plaintiff requested an extension of time within which to comply with the Court's order.

        Plaintiff's request is GRANTED.  Within thirty (30) days of the date of service of this order, Plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this action.   Failure to comply with this order will result in a recommendation that this action be dismissed.

        IT IS SO ORDERED.

        Dated:    **April 23, 2007**            **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1